IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 12-CR-50-LRR |
| vs. | **ORDER** |
| LASHAUN MAURICE PERRY, | |
| Defendant. | |

_____

The matter before the court is Defendant Lashaun Maurice Perry's "Motion to Appoint Attorney for Forfeiture Proceeding" (docket no. 22), which Defendant filed on August 14, 2012. Based on Defendant's Exhibit A (docket no. 22-1), the court understands the forfeiture to be an administrative proceeding brought by the Federal Bureau of Investigation. Therefore, it does not appear that 18 U.S.C. § 983(b)(1)(A), which relates to appointment of counsel in "judicial civil forfeiture proceeding[s]," applies in this case. Because there is no pending civil or criminal forfeiture proceeding relating to the property listed in Exhibit A, the court finds that the Motion is premature. Accordingly, the Motion is **DENIED**. If Defendant wishes to contest the administrative forfeiture, Exhibit A contains clear instructions for filing a claim of ownership, which he may do without the aid of an attorney.

**IT IS SO ORDERED.**

**DATED** this 16th day of August, 2012.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA